**PHILLIPS DAYES**
NATIONAL EMPLOYMENT LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
Telephone: 1-800-JOB-LAWS
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Natalie Garcia, a single woman, | Case No.: CV-14-972-PHX-DJH |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |
| vs. | |
| Better Horizons, LLC, et al., | |
| Defendants. | |

Pursuant to FRCP 41(a)(1)(A), Plaintiff gives notice of her dismissal of this action, prior to Defendants serving an Answer or Motion for Summary Judgment.

Dated: July 23, 2014            Respectfully submitted,

**PHILLIPS DAYES NATIONAL EMPLOYMENT LAW FIRM PC**

By  /s/Sean C. Davis
    Sean C. Davis
    seand@phillipsdayeslaw.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2014, I electronically transmitted the attached documents to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

Karen L. Karr
CLARK HILL PLC
14850 North Scottsdale Road, Suite 400
Scottsdale, Arizona 85254
kkarr@clarkhill.com
*Attorneys for Defendants*

By: /s/Ron Foltz
      Ron Foltz
      Legal Case Manager (Non-Attorney)
      for Sean C. Davis